■ In the Matter of JAMES V., an Infant. CAYUGA COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, Respondent; SALLY V., Appellant. [773 NYS2d 665]—Appeal from an order of the Family Court, Cayuga County (Peter E. Corning, J.), entered August 1, 2003. The order terminated respondent's parental rights.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court. Present—Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.